# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
# CIVIL ACTION NO: 3:23-CV-00114

MICHAEL HUDSON                                                            PLAINTIFF

V.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY             DEFENDANT

## ORDER

This matter having come before the district court on the Joint Stipulation of the Parties voluntarily dismissing the Plaintiff's Complaint against the Defendant pursuant to FRCP 41(a)(1)(A)(ii) and the district court having reviewed the joint stipulation, the record and being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED the Plaintiff's Complaint against the Defendant is DISMISSED

SO ORDERED

July 17, 2023

Rebecca Grady Jennings, District Judge
United States District Court